*State, Respondent, v. Edwards, Petitioner*, No. 93720-6. Petition for review of a decision of the Court of Appeals, No. 47332-1-II, July 6, 2016, 194 Wn. App. 1050. *Denied* February 8, 2017.

*Donnelly et al., Petitioners, v. HDR Architecture, Inc., et al., Respondents*, No. 93722-2. Petition for review of a decision of the Court of Appeals, No. 72824-5-I, August 8, 2016, 195 Wn. App. 1032. *Denied* February 8, 2017.

*State, Respondent, v. Hicks, Petitioner*, No. 93725-7. Petition for review of a decision of the Court of Appeals, No. 47902-8-II, September 27, 2016, 196 Wn. App. 1013. *Denied* February 8, 2017.

*State, Respondent, v. Caver, Petitioner*, No. 93726-5. Petition for review of a decision of the Court of Appeals, No. 73761-9-I, September 6, 2016, 195 Wn. App. 774. *Denied* February 8, 2017.

*Lennox, as Personal Representative, Respondent, v. Lourdes Health Network et al., Petitioners*, No. 93729-0. Petition for review of a decision of the Court of Appeals, No. 33201-2-III, July 12, 2016, 195 Wn. App. 1003. *Denied* February 8, 2017.

*Lakoda, Inc., Respondent, v. OMH Proscreen USA, Inc., et al., Petitioners*, No. 93730-3. Petition for review of a decision of the Court of Appeals, No. 32616-1-III, September 8, 2016, 195 Wn. App. 1061. *Denied* February 8, 2017.

*In re Estate of Wagner. Wagner, Appellant, v. Wright, as Personal Representative, et al., Respondents*, No. 93738-9. Petition for review of a decision of the Court of Appeals, No. 73629-9-I, September 6, 2016, 195 Wn. App. 1058. *Denied* February 8, 2017.